**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stacy Denise Miller<br>Debtor(s) | BK NO. 18-00014 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            412-430-3594