```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                   Case No. 18-00014-HWV
Stacy Denise Miller                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Mar 15, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Stacy Denise Miller,    6 Emerson Court,    Hanover, PA 17331-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Thomas    Song    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation pamb@fedphe.com
              Thomas E. Miller    on behalf of Debtor 1 Stacy Denise Miller staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacy Denise Miller <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 18-00014 HWV |
| Stacy Denise Miller <br> _Debtor(s)_ | |
| Lawrence V. Young <br> _Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 GMC SIERRA, VIN:1GTR2VE74CZ224473 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Dated: March 15, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)